# EXHIBIT A

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| IMDb | Movies, TV & Showtimes | Celebs, Events & Photos | News & Community | All | Watchlist | Pro ǀ IMDb Apps ǀ Help | Login |



**Dallas Buyers Club** (2013)　　　　　　　　　　　　　Edit
## Awards



Showing all 45 wins and 30 nominations

### Academy Awards, USA 2014

| | |
|---|---|
| **Won**<br>Oscar | Best Performance by an Actor in a Leading Role<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role<br>Jared Leto<br><br>Best Achievement in Makeup and Hairstyling<br>Adruitha Lee<br>Robin Mathews |
| **Nominated**<br>Oscar | Best Motion Picture of the Year<br>Robbie Brenner<br>Rachel Winter<br><br>Best Achievement in Film Editing<br>Jean-Marc Vallée<br>Martin Pensa<br><br>Best Writing, Original Screenplay<br>Craig Borten<br>Melisa Wallack |

### Golden Globes, USA 2014

| | |
|---|---|
| **Won**<br>Golden Globe | Best Performance by an Actor in a Motion Picture - Drama<br>Matthew McConaughey<br><br>Best Performance by an Actor in a Supporting Role in a Motion Picture<br>Jared Leto |

### Screen Actors Guild Awards 2014

| | |
|---|---|
| **Won**<br>Actor | Outstanding Performance by a Male Actor in a Leading Role<br>Matthew McConaughey<br><br>Outstanding Performance by a Male Actor in a Supporting Role<br>Jared Leto |
| **Nominated**<br>Actor | Outstanding Performance by a Cast in a Motion Picture<br>Jennifer Garner |

**Dallas Buyers Club**

Opinion
Awards
FAQ
User Reviews
User Ratings
External Reviews
Metacritic Reviews
Message Board

**Explore More**

**Share** this page:

Like  37,276 people like this. Sign Up to see what your friends like.

**User Lists**　　　Create a list »
Related lists from IMDb users



**NicoAllMeMovies**
a list of 2543 titles created
02 Dec 2011

**2013**
a list of 31 titles created
2 months ago

          Matthew McConaughey
          Jared Leto
          Denis O'Hare
          Dallas Roberts
          Steve Zahn



**The Best movies that I've seen in 2013-2014**
a list of 37 titles created
1 month ago

### Austin Film Critics Association 2013

**Won**
Austin Film Critics Award

Best Supporting Actor
Jared Leto

**Nominated**
Austin Film Critics Award

Best Film



**The 25 best movies of 2013**
a list of 25 titles created
1 month ago

### Australian Film Institute 2014

**Nominated**
AACTA International Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto



**All Time Greatest...**
a list of 21 titles created
3 weeks ago

See all related lists »

### Boston Society of Film Critics Awards 2013

**Nominated**
BSFC Award

Best Supporting Actor
Jared Leto
(Ex aequo)

### Broadcast Film Critics Association Awards 2014

**Won**
Critics Choice Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
Critics Choice Award

Best Picture

### Central Ohio Film Critics Association 2014

**Won**
COFCA Award

Actor of the Year
Matthew McConaughey
For Mud and The Wolf of Wall Street

**2nd place**
COFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### Chicago Film Critics Association Awards 2013

**Won**
CFCA Award

Best Supporting Actor
Jared Leto

**Nominated**
CFCA Award

Best Actor
Matthew McConaughey

### Chlotrudis Awards 2014

**Nominated**
Chlotrudis Award

Best Supporting Actor
Jared Leto

### Costume Designers Guild Awards 2014

**Nominated**
CDG Award

Excellence in Period Film
Kurt and Bart

### Dallas-Fort Worth Film Critics Association Awards 2013

**Won**
DFWFCA Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**Nominated**
DFWFCA Award

Best Picture

### Florida Film Critics Circle Awards 2013

**Won**
FFCC Award

Best Supporting Actor
Jared Leto

### Golden Camera, Germany 2014

**Won**
Golden Camera

Best International Actor
Matthew McConaughey

### Gotham Awards 2013

**Won**
Best Actor

Matthew McConaughey

### Hollywood Film Festival 2013

**Won**
Hollywood Breakthrough Award

Breakthrough Actor
Jared Leto

**Won**
Hollywood Film Award

Actor of the Year
Matthew McConaughey

### Hollywood Makeup Artist and Hair Stylist Guild Awards 2014

**Won**
Hollywood Makeup Artist and Hair Stylist Guild Award

Best Period and/or Character Makeup - Feature Films
Robin Mathews

### Image Awards 2014

**Nominated**
Image Award

Outstanding Independent Motion Picture

### Independent Spirit Awards 2014

**Nominated**
Independent Spirit Award

Best Male Lead
Matthew McConaughey

Best Supporting Male
Jared Leto

### Las Vegas Film Critics Society Awards 2013

**Won**
Sierra Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

**2nd place**
Sierra Award

Best Picture

### London Critics Circle Film Awards 2014

**Nominated**
ALFS Award

Supporting Actor of the Year
Jared Leto

### Los Angeles Film Critics Association Awards 2013

**Won**
LAFCA Award

Best Supporting Actor
Jared Leto
Tied with James Franco for Spring Breakers (2012).

### National Board of Review, USA 2013

**Won**
NBR Award

Top Ten Independent Films

### National Society of Film Critics Awards, USA 2014

**2nd place**
NSFC Award

Best Supporting Actor
Jared Leto

### New York Film Critics Circle Awards 2013

**Won**
NYFCC Award

Best Supporting Actor
Jared Leto

### Online Film Critics Society Awards 2014

**Nominated**
OFCS Award

Best Supporting Actor
Jared Leto

### PGA Awards 2014

**Nominated**
PGA Award

Outstanding Producer of Theatrical Motion Pictures
Robbie Brenner
Rachel Winter

### Palm Springs International Film Festival 2014

**Won**
Desert Palm Achievement Award

Matthew McConaughey

### Phoenix Film Critics Society Awards 2013

**Won**
PFCS Award

Best Actor in a Leading Role
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

**Nominated**
PFCS Award

Best Picture

### Rome Film Fest 2013

**Won**
Associazione Italiana Autori della Fotografia Cinematografica (AIC) Award

Yves Bélanger

**Won**
Audience Award

Jean-Marc Vallée

**Won**
Best Actor

Matthew McConaughey

**Won**
Golden Butterfly

Jean-Marc Vallée

Jean-Marc Vallée

**Nominated**
Golden Marc'Aurelio Award

### San Diego Film Critics Society Awards 2013

**Won**
SDFCS Award

Best Supporting Actor
Jared Leto

**Nominated**
SDFCS Award

Best Actor
Matthew McConaughey

### San Francisco Film Critics Circle 2013

**Nominated**
SFFCC Award

Best Actor
Matthew McConaughey

Best Supporting Actor
Jared Leto

### San Sebastián International Film Festival 2013

**Won**
Sebastiane Award

Jean-Marc Vallée

### Santa Barbara International Film Festival 2014

**Won**
Virtuoso Award

Jared Leto

### Satellite Awards 2013

**Nominated**
Satellite Award

Best Actor in a Motion Picture
Matthew McConaughey

Best Actor in a Supporting Role
Jared Leto

### Southeastern Film Critics Association Awards 2013

**Won**
SEFCA Award

Best Supporting Actor
Jared Leto

**2nd place**
SEFCA Award

Best Actor
Matthew McConaughey

**Nominated**
SEFCA Award

Best Picture

### Toronto Film Critics Association Awards 2014

**Won**
TFCA Award

Best Supporting Actor
Jared Leto

**3rd place**
TFCA Award

Best Actor
Matthew McConaughey

### Vancouver Film Critics Circle 2014

**Won**
VFCC Award

Best Supporting Actor
Jared Leto

**Nominated**
VFCC Award

Best Actor
Matthew McConaughey

### Washington DC Area Film Critics Association Awards 2013

**Won**
WAFCA Award

Best Supporting Actor
Jared Leto

| Nominated | Best Actor |
| --- | --- |
| WAFCA Award | Matthew McConaughey |

### Writers Guild of America, USA 2014

| Nominated | Best Original Screenplay |
| --- | --- |
| WGA Award (Screen) | Craig Borten (written by)<br>Melisa Wallack (written by) |

### See also

FAQ | User Reviews | User Ratings | External Reviews | Metacritic Reviews | Message Board

### Contribute to This Page

Getting Started | Contributor Zone »

[Edit page]

**Recently Viewed**  Manage your history



---

Home | Search | Site Index | In Theaters | Coming Soon | Top Movies | Top 250 | TV | News | Message Boards | Press Room
Register | Advertising | Contact Us | Jobs | IMDbPro | Box Office Mojo | Withoutabox

IMDb Mobile: iPhone/iPad | Android | Mobile site | Windows Phone 7 | IMDb Social: Facebook | Twitter

Copyright © 1990-2014 IMDb.com, Inc.
Conditions of Use | Privacy Policy | Interest-Based Ads
An       company.

**Amazon Affiliates**

| Amazon Instant Video | Prime Instant Video | Amazon Germany | Amazon Italy | Amazon France | Amazon India | DPReview | Audible |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Watch Movies & TV Online | Unlimited Streaming of Movies & TV | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movies on DVD & Blu-ray | Buy Movie and TV Show DVDs | Digital Photography | Download Audio Books |

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-873-195**

Effective date of registration:

November 13, 2013

---

## Title
- **Title of Work:** Dallas Buyers Club

## Completion/Publication
- **Year of Completion:** 2013
- **Date of 1st Publication:** November 1, 2013
- **Nation of 1st Publication:** United States
- **Preregistration:** PRE000006719

## Author
- **Author:** Dallas Buyers Club, LLC
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

## Copyright claimant
- **Copyright Claimant:** Dallas Buyers Club, LLC
  2170 Buckthorne Place, Suite 400, The Woodlands, TX, 77380

## Limitation of copyright claim
- **Material excluded from this claim:** script/screenplay, preexisting music
- **Previous registration and year:** TXu 1-835-443   2012
- **New material included in claim:** all other cinematographic material

## Certification
- **Name:** Carly Seabrook
- **Date:** November 1, 2013

Registration #: PA0001873195
Service Request #: 1-1005221967



Universal City Studios LLC
Carly Seabrook
100 Universal City Plaza
Bldg. 1280, 6th Floor
Universal City, CA 91608

# EXHIBIT C

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City |
|---|---|---|---|---|---|---|---|
| 1 | 67.176.167.219 | 1/5/14 11:02:17 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Mount Prospect |
| 2 | 50.165.173.196 | 1/5/14 08:28:45 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Lombard |
| 3 | 69.245.253.159 | 1/5/14 08:23:51 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Willowbrook |
| 4 | 50.178.120.44 | 1/5/14 10:13:59 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Waukegan |
| 5 | 50.179.62.144 | 1/5/14 07:32:35 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 6 | 50.178.149.80 | 1/5/14 04:00:41 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 7 | 76.16.212.3 | 1/5/14 12:43:55 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 8 | 76.16.57.155 | 1/5/14 12:39:03 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 9 | 67.162.76.18 | 1/5/14 12:00:44 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 10 | 67.162.99.249 | 1/4/14 11:00:41 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 11 | 24.15.228.137 | 1/4/14 10:22:00 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Elk Grove Village |
| 12 | 71.201.10.162 | 1/4/14 09:44:57 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Grayslake |
| 13 | 98.228.170.159 | 1/4/14 02:51:46 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Elgin |
| 14 | 24.14.253.175 | 1/4/14 02:48:01 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Elmhurst |
| 15 | 71.201.139.135 | 1/4/14 02:16:33 PM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Crete |
| 16 | 98.212.97.101 | 1/4/14 08:36:26 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Peru |
| 17 | 24.15.145.198 | 1/4/14 07:58:36 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Plainfield |
| 18 | 50.179.186.171 | 1/4/14 07:04:22 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 19 | 98.227.161.114 | 1/4/14 06:10:14 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Peotone |
| 20 | 67.175.246.186 | 1/4/14 05:49:16 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Naperville |
| 21 | 76.16.34.42 | 1/4/14 05:38:42 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Elgin |
| 22 | 98.253.172.78 | 1/4/14 05:13:51 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Arlington Heights |
| 23 | 98.253.44.206 | 1/4/14 04:47:41 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Belvidere |
| 24 | 98.253.171.10 | 1/4/14 04:02:32 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Midlothian |
| 25 | 71.57.18.39 | 1/4/14 03:34:59 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Bartlett |
| 26 | 71.194.62.199 | 1/4/14 03:28:31 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Elgin |
| 27 | 71.239.243.140 | 1/4/14 03:19:34 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 28 | 67.167.252.156 | 1/4/14 03:11:18 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 29 | 67.175.117.162 | 1/4/14 02:57:04 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | La Grange |
| 30 | 50.158.100.74 | 1/4/14 02:43:52 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Oak Park |
| 31 | 98.193.58.173 | 1/4/14 02:28:49 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Morton Grove |
| 32 | 76.16.194.19 | 1/4/14 02:25:12 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Buffalo Grove |
| 33 | 50.178.132.223 | 1/4/14 02:13:20 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Oswego |
| 34 | 98.253.129.4 | 1/4/14 02:11:13 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Justice |
| 35 | 50.151.236.66 | 1/4/14 01:14:22 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Hoffman Estates |
| 36 | 71.194.195.233 | 1/4/14 01:12:37 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 37 | 71.194.74.40 | 1/4/14 01:07:44 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Elmwood Park |
| 38 | 71.201.35.105 | 1/4/14 01:05:47 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Chicago |
| 39 | 24.13.16.66 | 1/4/14 01:03:40 AM | Dallas.Buyers.Club.2013.DVDScr.XVID.AC3.HQ.Hive-CM8 | SHA1: 995648CE69BB60F6A417FCDF373804C6D59FF8F6 | Comcast Cable | Illinois | Carpentersville |