**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Dallas Buyers Club, LLC
                                  Plaintiff,

v.                                                       Case No.: 1:14–cv–02158
                                                          Honorable Gary Feinerman

Does 1–39, et al.
                                  Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 15, 2014:

       MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 12/10/2014 at 9:00 a.m. Any Doe Defendant not named in an amended complaint by 11/14/2014 will be dismissed with prejudice for want of prosecution. Plaintiff shall file a status report by 12/4/2014.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.