## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Dallas Buyers Club, LLC

                                Plaintiff,

v.                                            Case No.: 1:14−cv−02158
                                                    Honorable Gary Feinerman

Does 1−39, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 10, 2014:

      MINUTE entry before the Honorable Gary Feinerman:Status hearing held and continued to 2/11/2015 at 9:00 a.m. The Clerk of the Court is directed to terminate all Does as party defendants and to designate Defendant Banuelos as the lead defendant in the case caption. Plaintiff shall submit a status report by 2/5/2015. At some point soon, if it wishes to proceed with this case, Plaintiff will need to seek a default judgment against the non−appearing defendants.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.