**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DALLAS BUYERS CLUB, LLC, | ) | |
| | ) | Case No.: 14-cv-2158 |
| Plaintiff, | ) | |
| | ) | Judge Gary Feinerman |
| v. | ) | |
| | ) | |
| DOES 1-39, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO WITHDRAW

Movant, Plaintiff's counsel Karyn L. Bass Ehler ("Bass Ehler"), of the law firm Hughes Socol Piers Resnick & Dym, Ltd. ("the Firm"), moves this Court, pursuant to LR83.17, for leave to withdraw from her representation of Plaintiff Dallas Buyers Club, LLC ("Dallas Buyers Club"). In support of her motion, Movant states as follows:

1.     Ms. Bass Ehler has issued her notice of resignation as a Partner at the Firm, effective January 8, 2015, and has accepted a new position as Chief of the Civil Rights Bureau at the Illinois Attorney General's office. As a result, Ms. Bass Ehler can no longer represent Plaintiff in this litigation.

2.     Michael A. Hierl and Todd S. Parkhurst will continue to represent Plaintiff in this matter.

WHEREFORE, for the reasons stated herein, Movant prays that the Court enter an Order granting her leave to withdraw from this case.

Dated:  January 5, 2015

/s/ Karyn L. Bass Ehler
One of the Attorneys for Plaintiff

Michael A. Hierl
Todd S. Parkhurst
Karyn L. Bass Ehler
Hughes Socol Piers Resnick & Dym
70 W. Madison St. Suite 4000
Chicago, IL 60602
312-580-0100

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that she caused a true and correct copy of the **Motion for Leave to Withdraw** to be served through the CM/ECF system to counsel of record on January 5, 2015.


/s/ Karyn L. Bass Ehler
One of the Attorneys for Plaintiff


Michael A. Hierl
Todd S. Parkhurst
Karyn L. Bass Ehler
Hughes Socol Piers Resnick & Dym, Ltd.
70 West Madison, Suite 4000
Chicago, Illinois 60602
312/580-0100