UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Dallas Buyers Club, LLC

          Plaintiff,

v.                  Case No.: 1:14–cv–02158
                  Honorable Gary Feinerman

Christian Banuelos, et al.

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 11, 2015:

  MINUTE entry before the Honorable Gary Feinerman: Status hearing held and continued to 4/15/2015 at 9:00 a.m. Motion hearing held. Plaintiff's motion for default [55] is granted in part and entered and continued in part. For the reasons stated on the record, a Rule 55(a) default is entered against Defendants Christian Banuelos and Jean L. Larosiliere. Mailed notice (lcw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.